No. 03–9826. FORTE *v.* REILLY, ATTORNEY GENERAL OF MASSACHUSETTS. App. Ct. Mass. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 03M75. DA LU TUNG *v.* REPUBLIC NATIONAL BANK ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–2360. IN RE DISBARMENT OF FAUNTLEROY. Disbarment entered. [For earlier order herein, see *ante,* p. 931.]

No. D–2361. IN RE DISBARMENT OF CORIZZI. Disbarment entered. [For earlier order herein, see *ante,* p. 931.]

No. D–2362. IN RE DISBARMENT OF CACCHIOTTI. Disbarment entered. [For earlier order herein, see *ante,* p. 931.]

No. D–2363. IN RE DISBARMENT OF VAILLANCOURT. Disbarment entered. [For earlier order herein, see *ante,* p. 931.]

No. D–2364. IN RE DISBARMENT OF KLINGENBERG. Disbarment entered. [For earlier order herein, see *ante,* p. 931.]

No. D–2365. IN RE DISBARMENT OF CUELLER. Disbarment entered. [For earlier order herein, see *ante,* p. 932.]

No. D–2366. IN RE DISBARMENT OF GARSIDE. Disbarment entered. [For earlier order herein, see *ante,* p. 932.]

No. D–2367. IN RE DISBARMENT OF CARTELLONE. Disbarment entered. [For earlier order herein, see *ante,* p. 932.]

No. D–2368. IN RE DISBARMENT OF WARREN. Disbarment entered. [For earlier order herein, see *ante,* p. 932.]